BEFORE THE THIRD DIVISION, FEBRUARY 5, 1957

**No. 60465.**—Max Duraffourg, Ltd., and N. M. Albert Co., Inc., et al. *v.* United States, protests 198852–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of synthetic rutile, an earthy or mineral substance, not decorated in any manner, the same in all material respects as that the subject of *International Lapidaries Co.* v. *United States* (36 Cust. Ct. 230, C. D. 1780), the claim of the plaintiffs was sustained.

**No. 60466.**—Hamburger Bros. & Co., Inc. *v.* United States, protest 262697–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 60467.**—Henry Kelly Importing & Distributing Co., Inc. *v.* United States, protest 266985–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 60468.**—Gerhard & Hey Co., Inc. *v.* United States, protest 268584–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 60469.**—Meadows Wye & Co., Inc. *v.* United States, protest 268708–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.